[No. 37821-0-I.    Division One.    December 9, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. J.T., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-8-04077-4, Michael J. Fox, J., entered November 21, 1995. *Reversed* by unpublished per curiam opinion.

[No. 14443-7-III.    Division Three.    December 10, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT G. WONG, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 94-1-00246-9, Dennis D. Yule, J., entered November 4, 1994. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Thompson and Schultheis, JJ.

[No. 15220-1-III.    Division Three.    December 12, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN SCOTT HATTRUP, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 95-1-00358-7, Dennis D. Yule, J., entered October 6, 1995. *Reversed* by unpublished opinion per Thompson, J., concurred in by Munson and Kurtz, JJ.

[Nos. 15380-1-III; 15473-4-III.    Division Three.    December 12, 1996.]

ROBERT SCHWEIGER, *Appellant*, v. WASHINGTON PUBLIC POWER SUPPLY SYSTEM, *Respondent*.

BRIAN EVANS, *Appellant*, v. WASHINGTON PUBLIC POWER SUPPLY SYSTEM, *Respondent*.

Appeals from judgments of the Superior Court for Benton County, No. 95-2-01498-1, 95-2-01499-0, Philip Michael Raekes, J., entered December 7 and December 13, 1995. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Sweeney, C.J., and Munson, J.